BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00819-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| REAL PROPERTY LOCATED AT 17483 WILDCAT TRAIL, BROWNSVILLE, CALIFORNIA, YUBA COUNTY, APN: 050-190-018, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.   Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.   The defendant property is located in the city of Brownsville, Yuba County,

1 | California;
2 |     4.    Plaintiff proposes that publication be made as follows:
3 |         a.    One publication;
4 |         b.    Thirty (30) consecutive days;
5 |         c.    On the official internet government forfeiture
6 | site www.forfeiture.gov;
7 |         d.    The publication is to include the following:
8 |             (1)    The Court and case number of the action;
9 |             (2)    The date of the seizure/posting;
10 |             (3)    The identity and/or description of the property seized/posted;
11 |             (4)    The name and address of the attorney for the Plaintiff;
12 |             (5)    A statement that claims of persons entitled to possession or
13 | claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
14 | and served on the attorney for the Plaintiff no later than 60 days after the first day of
15 | publication on the official internet government forfeiture site; and
16 |             (6)    A statement that answers to the Complaint or a motion
17 | under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed
18 | and served within 21 days after the filing of the claims and, in the absence thereof,
19 | default may be entered and condemnation ordered.
20 | Dated:  3/30/12                      BENJAMIN B. WAGNER
21 |                                      United States Attorney
22 |
23 |                     By:    /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
24 |                           Assistant U.S. Attorney
25 | **IT IS SO ORDERED.**
26 | Dated: April 5, 2012
27 |                                     CAROLYN K. DELANEY
28 |                                     UNITED STATES MAGISTRATE JUDGE