BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00819-TLN-CKD |
|---|---|
| Plaintiff, | |
| v. | |
| REAL PROPERTY LOCATED AT 17483 WILDCAT TRAIL, BROWNSVILLE, CALIFORNIA, YUBA COUNTY, APN: 050-190-018, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | FINAL JUDGMENT OF FORFEITURE |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil action *in rem* brought against certain real property located at 17483 Wildcat Trail, Brownsville, California, Yuba County, APN: 050-190-018, including all appurtenances and improvements thereto ("defendant real property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 30, 2012, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

3. On May 23, 2012, the defendant real property was posted with a copy of the Complaint and Notice of Complaint.

1

4.     Beginning on May 11, 2012, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on June 11, 2012.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

      a.   Timothy Weaver
      b.   David Druckman
      c.   KO and Terri Saelee

6.     On May 23, 2012, KO and Terri Saelee filed a claim alleging an interest in the defendant real property.  On June 20, 2012, Timothy Weaver filed a Verified Claim in this action alleging an interest in the defendant real property.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.     In April of 2013, claimant Timothy Weaver listed the defendant property with O'Dell Realty.  The defendant property sold for $125,000.00 and that sale was finalized on June 10, 2013.  At the close of escrow, the Saelee's were paid $65,370.37 and no longer have an interest in the defendant real property.  The U.S. Marshals Service received a wire transfer in the amount of $48,871.21 on June 11, 2013.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.     That judgment is hereby entered against claimant Timothy Weaver and all other potential claimants who have not filed claims in this action.

3.     Upon entry of this Final Judgment of Forfeiture, all right, title, and interest of Timothy Weaver in $40,059.87 of the $48,871.21 in U.S. Currency *sub res* in lieu of the

defendant real property shall forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

4.     Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $8,811.34 of the $48,871.21 in U.S. Currency sub res in lieu of the defendant real property shall be returned to claimant Timothy Weaver.

5.     The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the posting, sale or forfeiture of the defendant property or sub *res*. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said posting, sale or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6.     Claimant Timothy Weaver waived any and all claim or right to interest that may have accrued on the sub *res* being forfeited to the United States.

7.     That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on March 30, 2012, the Court finds that there was reasonable cause for the posting of the defendant property and the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

8.     All parties are to bear their own costs and attorneys' fees.

///
///
///
///
///
///
///
///

9.     The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 16th day of July 2013.

_____
Troy L. Nunley
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed March 30, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: July 16, 2013

_____
Troy L. Nunley
United States District Judge